PREPARED AND SUBMITTED BY:
SCOTT S. BELL (10184)
BRANDON J. MARK (10439)
Parsons Behle & Latimer
One Utah Center
201 South Main Street, Suite 1800
Salt Lake City, UT 84111
Telephone: (801) 532-1234
Facsimile: (801) 536-6111
*Attorneys for Envoy Media, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ZOOBUH, INC., a Utah corporation<br><br>Plaintiff,<br><br>vs.<br><br>BETTER BROADCASTING, LLC., a Utah limited liability company; IONO INTERACTIVE, a company doing business in Utah; ENVOY MEDIA, INC., a California Corporation; DOES 1-40<br><br>Defendants. | **MOTION FOR PRO HAC VICE ADMISSION**<br><br>Case No. 2:11-cv-00516-DB<br><br>Judge Dee Benson |

Pursuant to D. Utah Civ. R. 83-1.1(d), we move to admit Bennet Kelley as pro hac vice counsel for Envoy Media, Inc. (Defendant), and consent to serve as local counsel. The application for pro hac vice admission is attached as exhibit A to this motion, an Electronic Case Filing Registration Form as exhibit B, and the admission fee has been paid to the court with the submission of this motion.

4811-2246-5548.1

DATED this 20th day of October, 2011.

                                        /s/ Scott S. Bell
                                        SCOTT S. BELL
                                        BRANDON J. MARK
                                        PARSONS BEHLE & LATIMER
                                        Attorneys for Envoy Media, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of October, 2011, I electronically filed the foregoing **MOTION FOR PRO HAC VICE ADMISSION**, with the Clerk of the Court using the CM/ECF e-filing system, which sent notice to the following CM/ECF registrants:

**Jordan K. Cameron:** jcameron@hjslaw.com

**Evan A. Schmutz:** easchmutz@hjslaw.com

/s/ Scott S. Bell