# Exhibit A

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

## APPLICATION FOR ADMISSION PRO HAC VICE

Name of Attorney:   BENNET KELLEY           Telephone: 310-452-0401
Firm Name:          INTERNET LAW CENTER
Business Address:   100 WILSHIR BLVD
                    SUITE 950
                    SANTA MONICA, CA 90401

Current bar memberships and date of admission:
   Jurisdiction                     Bar Number

   **District of Columbia**         #527132              Admitted on 12/19/90
   **California**                   #177001              Admitted on 6/13/95

Have you ever been the subject of disciplinary action by any bar to which you have been admitted?
XXX No              ____ Yes ( provide additional information)

Prior pro hac vice admissions in the District of Utah:            XXX   none

Case Name:_____
Case Number:_____
Admission Date:_____

(Attach list of other cases separately if more space is needed.)

I certify that I am a member in good standing of all bars to which I have been admitted. This certification that the foregoing is true and correct is made under penalty of perjury.

_____                     __10/13/11_____
Signature                                     Date

Non resident United States attorneys and attorneys employed by agencies of the federal government are exempt from the pro hac vice fee.   All other attorneys must pay a fee of $15.00 concurrent with this application.   This application must be filed as an attachment to a motion for admission and consent filed by local counsel.

If you have not previously registered for CM/ECF in the District of Utah, please attach a completed Electronic Case Registration Form with this application to receive your login and password.