**EVAN A. SCHMUTZ (3860)**
  eschmutz@hjslaw.com
**JORDAN K. CAMERON (12051)**
  jcameron@hjslaw.com
**HILL, JOHNSON & SCHMUTZ, L.C.**
River View Plaza, Suite 300
4844 North 300 West
Provo, Utah 84604
Telephone: (801) 375-6600
Fax: (801) 375-3865

<u>Attorneys for Plaintiff Zoobuh, Inc.</u>

UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ZOOBUH, INC., a Utah Corporation<br><br>    Plaintiff,<br><br>vs.<br><br>BETTER BROADCASTING, LLC., a Utah limited liability company;  IONO INTERACTIVE, a company doing business in Utah; ENVOY MEDIA. INC., a California Corporation; DOES 1-40<br><br>    Defendants. | **STIPULATED DISMISSAL WITH PREJUDICE**<br><br><br><br>Case No.:  2:11cv00516-DB<br><br>Judge Dee Benson |

Plaintiff Zoobuh, Inc. ("**Zoobuh**"), by and through its counsel and Defendant Envoy Media Group, Inc. ("**Envoy**"), by and through its counsel, hereby represent that Zoobuh and Envoy have reached an out of court confidential settlement which fully and fairly settles all claims, counterclaims, cross claims, third party claims, or other claims that have been or could have been asserted in this action as between Zoobuh and Envoy only.  The parties further stipulate that the Complaint in this action and all claims, counterclaims, cross claims, third party

claims, or other claims that have been or could have been asserted as between Zoobuh and Envoy in this action be dismissed with prejudice, pursuant to Fed.R.Civ.Pr., Rule 41(a)(1)(A)(ii).

DATED this 10th day of November, 2011.

                                        HILL, JOHNSON & SCHMUTZ, LC

                                        /s/ Jordan K. Cameron
                                        Evan A. Schmutz
                                        Jordan K. Cameron
                                        Attorneys for Plaintiff Zoobuh, Inc.

So Stipulated and Agreed:

INTERNET LAW CENTER

/s/ Bennet Kelley
Bennet Kelley
(signed by Mr. Cameron, the filing attorney, with the permission of Mr. Kelley)
Attorneys for Defendant Envoy Media Group, Inc.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 10, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Scott S. Bell
Brandon J. Mark
Parsons Behle & Latimer
One Utah Center
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
*Attorneys for Envoy Media, Inc.*

Bennet Kelley
Internet Law Center
100 Wilshire Blvd., Suite 950
Santa Monica, CA 90401
*Attorneys for Envoy Media, Inc.*

　　　　　　　　　　　　　　　　　　　　/s/ Jordan K. Cameron_____