**EVAN A. SCHMUTZ (3860)**
eschmutz@hjslaw.com
**JORDAN K. CAMERON (12051)**
jcameron@hjslaw.com
**HILL, JOHNSON & SCHMUTZ, L.C.**
River View Plaza, Suite 300
4844 North 300 West
Provo, Utah 84604
Telephone: (801) 375-6600
Fax: (801) 375-3865

**Attorneys for Plaintiff Zoobuh, Inc.**

UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ZOOBUH, INC., a Utah Corporation<br><br>    Plaintiff,<br><br>vs.<br><br>BETTER BROADCASTING, LLC., a Utah limited liability company;  IONO INTERACTIVE, a company doing business in Utah; ENVOY MEDIA. INC., a California Corporation; DOES 1-40<br><br>    Defendants. | **MOTION AND MEMORANDUM FOR ENTRY OF DEFAULT JUDGMENT**<br><br><br><br>Case No.:  2:11cv00516-DB<br><br>Judge Dee Benson |

   Pursuant to Fed. R. Civ. P. 55(b), Plaintiff respectfully moves the Court for entry of a

Judgment by Default herein.

   As grounds, and as more particularly set forth in the Affidavit of Jordan K. Cameron, a

Certificate of Service and First Amended Complaint have been duly filed and served pursuant to

an Order of this Court herein, the time for the response to such has expired, Defendants Iono

Interactive and Better Broadcasting, LLC ("Defendants") have failed and/or refused to respond thereto or otherwise defend, and the relief requested in the First Amended Complaint is reasonable and appropriate under the circumstances.

     A proposed form Judgment by Default and form Motion of Entry of Judgment are lodged herewith.

     DATED this 1st day of March, 2012.

                               **HILL, JOHNSON & SCHMUTZ, LC**


                               /s/ Jordan K. Cameron
                               Jordan K. Cameron
                               *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 1st day of March, 2012 she caused a true and correct copy of the foregoing to be delivered to the following:

Better Broadcasting, LLC
363 No. University Ave., Suite 110
Provo, UT 84601

Iono Interactive
363 No. University Ave., Suite 110
Provo, UT 84601

Sent Via:

_____ Hand-Delivery
_____ Facsimile
___X___ Mailed (postage prepaid)

_/s/ Jordan K. Cameron_____