AO 450 (Rev.5/85) Judgment in a Civil Case

**FILED**
CLERK, U.S. DISTRICT COURT
May 31, 2013 (5:09pm)
DISTRICT OF UTAH

# United States District Court

Central Division for the District of Utah

| | |
|---|---|
| Zoobuh | **JUDGMENT IN A CIVIL CASE** |
| V. | |
| Better Broadcasting, et al. | |
| | Case Number: 2:11cv00516 DN |

This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That default judgment is entered against defendants Better Broadcasting and Iono Interactive. Defendants are ordered to pay ZooBuh damages in the amount of $1,608,360. In addition, defendants are enjoined from further violations of the CAN-SPAM Act.

May 31, 2013                                             D. Mark Jones
*Date*                                                   *Clerk of Court*

                                                         *(By) Deputy Clerk*