Kasey L. Wright, Bar No. 9169
HANSEN WRIGHT
233 S Pleasant Grove Blvd., Suite 202
Pleasant Grove, Utah 48062
Telephone: (801) 443-2380
Facsimile: (801) 796-0984
e-mail: kwright@hansenwright.com

*Attorneys for Non-parties Blair Jackson and Invictus Law, PLLC*

# IN THE UNITED STATE DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| **ZOOBUH, INC., a Utah Corporation,**<br><br>Plaintiff,<br><br>vs.<br><br>**BETTER BROADCATING, LLC, a Utah limited liability company, IONO INTERACTIVE, a company doing business in Utah; Does 1-40,**<br><br>Defendants. | NOTICE TO SUBMIT FOR DECISION<br><br><br>Case No.2:11-cv-00516 DB |
|---|---|

Non-Parties, Blair Jackson, Esq. and Invictus Law, PLLC by and through their attorney, Kasey L. Wright, and pursuant to the Federal Rule of Civil Procedure 45 and DUCivR 7-3, hereby submits to the court that the following Motion is now at issue for the decision of the Court:

    MOTION FILED:    Non-Parties Motion to Quash Subpoena to Testify, Produce Documents, Information, or Objects in a Civil Action Issued to Blair Jackson, Esq and Invictus Law, PLLC dated January 27, 2016.

    RESPONSIVE PLEADINGS FILED:

    Response to Objection and Memorandum in Opposition to Motion to Quash dated February 11, 2016.

    Reply Memorandum in Support of Motion to Quash Subpoena to Testify, Produce Documents, Information, or Objects in a Civil Action Issued to Blair Jackson, Esq and Invictus Law, PLLC dated February 24, 2016.

No hearing has been previously requested.

DATED this 24th day of February, 2016.

HANSEN WRIGHT

/s/ Kasey L. Wright

KASEY L. WRIGHT
ATTORNEY FOR PLAINTIFF

## MAILING CERTIFICATE

I hereby certify that I caused a true and correct copy of the foregoing to be delivered by way of electronic delivery through the Court's electronic filing system and mail, first class, postage prepaid this 24th day of February, 2016, to the following:

Chris L. Schmutz
Schmutz & Mohlman
190 North Main #100
Bountiful, Utah 84010
chrisschmuz.pc@gmail.com

/s/ Dorothy Woodcox

DOROTHY WOODCOX
Legal Assistant